Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 23, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed October 23, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00704-CV

____________

 

IN RE BOBBY JONES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
August 23, 2007, relator, Bobby Jones, filed a petition for writ
of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this court to compel the Honorable Brock Thomas, presiding judge
of the 338th District Court of Harris County to provide him with a free copy of
his trial record for use in habeas corpus proceedings.[1]

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  








 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed October 23, 2007.

Panel consists of Chief Justice
Hedges, and Justices Anderson and Seymore.

 









            [1]  Relator also
seeks to compel Charles Bacarrisse, District Clerk of Harris County, to provide
him with a free copy of his trial record.  However, we do not have mandamus
authority over Bacarrise.  See Tex.
Gov=t Code Ann. ' 22.221.